No. 159. Chicago & North Western Railway Co. et al. v. Atchison, Topeka & Santa Fe Railway Co. et al.; and

No. 576. United States et al. v. Atchison, Topeka & Santa Fe Railway Co. et al. Appeals from D. C.

S. D. Cal. Probable jurisdiction noted. The cases are consolidated and a total of three hours is allotted for oral argument. *Nuel D. Belnap, Richard M. Freeman, Bryce L. Hamilton, Raymond K. Merrill, Nye F. Morehouse, John W. Adams, Martin L. Cassell* and *Frank R. Johnston* for appellants in No. 159. *Solicitor General Marshall, Assistant Attorney General Turner, Robert B. Hummel, Jerry Z. Pruzansky, Robert W. Ginnane* and *Arthur J. Cerra* for the United States et al. in No. 576. *Douglas F. Smith, Howard J. Trienens, George L. Saunders, Jr., John E. McCullough, S. R. Brittingham, Jr., Monroe E. Clinton, Frank S. Farrell, Lawrence W. Hobbs, L. E. Torinus, Jr.,* and *E. L. Van Dellen* for Atchison, Topeka & Santa Fe Railway Co. et al., and *E. P. Porter, Alan C. Furth, Charles W. Burkett, Robert L. Pierce* and *Thormund A. Miller* for Southern Pacific Co. et al., appellees in both cases. *Robert Y. Thornton,* Attorney General of Oregon, *Lloyd G. Hammel* and *Richard W. Sabin,* Assistant Attorneys General, *John J. O'Connell,* Attorney General of Washington, and *Frank P. Hayes,* Assistant Attorney General, for Regulatory Commissions of the State of Arizona et al., and *Mary Moran Pajalich* and *J. Thomason Phelps* for the State of California et al., intervening plaintiffs-appellees in both cases. Reported below: 238 F. Supp. 528.